# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr25

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **WILLIE KING BROWN, III.** ) | |

**THIS MATTER** is before the Court on a handwritten letter submitted by the Defendant "To Whom It May Concern." [Doc. 24].

In the letter, the Defendant asks that he receive permission and assistance with making the necessary arrangements for his marriage to Nikita Johnson. The Defendant, however, is represented by court-appointed counsel and any questions which he has may be addressed directly to counsel. The Defendant is specifically instructed not to communicate with the Court and/or the judicial system except through his attorney.

**IT IS, THEREFORE, ORDERED** that the Defendant's handwritten letter is hereby **STRICKEN** from the record.

Martin Reidinger
United States District Judge

Signed: June 11, 2009